### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | | |
|---|---|---|
| **RANDALL LYKINS,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 11-CV-2133-JTM/DJW** |
| | **)** | |
| **CERTAINTEED CORPORATION and** | **)** | |
| **SAINT-GOBAIN CORPORATION** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

### PLAINTIFF'S MOTION TO COMPEL INSPECTION

Plaintiff, by and through undersigned counsel and pursuant to Fed.R.Civ.P. 37(a)(3)(b) and Local Rules 37.1 and 37.2, hereby move the Court for an Order compelling the Defendant CertainTeed Corporation to allow entry onto its premises for the purpose of conducting an inspection of its Kansas City, Kansas fiberglass manufacturing plant. In support of this Motion, Plaintiff is simultaneously filing *Plaintiff's Memorandum in Support of Motion to Compel Inspection*.

**WHEREFORE**, for good cause shown, Plaintiff hereby respectfully requests that the Court grant this Motion to Compel Inspection.

Respectfully Submitted,

 /s/ *AdoLisa J. Anarado*
    AdoLisa J. Anarado, KS# 78166
    **ANARADO LAW FIRM, LLC**
    2300 Main Street, Suite 900
    Kansas City, Missouri 64108
    Telephone: 816.434.8300
    Email: *adolisa@anaradolaw.com*

    **And**

1

2

Dennis E. Egan, KS# 70672
**POPHAM LAW FIRM, P.C.**
712 Broadway, Suite 100
Kansas City, Missouri 64105
Telephone: 816.221.2288
Telecopier: 816.221.3999
Email: degan@pophamlaw.com

**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

The undersigned hereby certifies that on October 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John R. Phillips
Amy M. Fowler
Traci Daffer Martin
HUSCH BLACKWELL, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
816-983-8000 (office)
816-983-8080 (facsimile)
E-mail: john.phillips@huschblackwell.com
E-mail: amy.fowler@huschblackwell.com
E-mail: traci.martin@huschblackwell.com

**ATTORNEYS FOR DEFENDANT S
CERTAINEED CORPORATION and
SAINT-GOBAIN CORPORATION**


     /s/  *AdoLisa Anarado*
Attorney for Plaintiff