# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RANDALL LYKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-CV-2133-JTM/DJW |
| | ) |
| CERTAINTEED CORPORATION and | ) |
| SAINT-GOBAIN CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

This is to certify that on the 21st day of October, 2011, Defendant Certainteed's Objections and Responses to Plaintiff's Notice of 30(B)(6) Deposition of Certainteed Corporation and Request for Production Of Documents were sent via electronic mail to:

AdoLisa Anarado
2300 Main Street, Ste 900
Kansas City MO 64108
Telephone: 816-434-8300
adolisa@anaradolaw.com

Dennis E. Egan
The Popham Law Firm, PC
712 Broadway, Ste. 100
Kansas City MO 64105
Telephone:  816-221-2288
degan@pophamlaw.com

**Attorneys for Plaintiff**

KCP-4169156-1               1

Respectfully Submitted,

/s/ Amy M. Fowler
John R. Phillips            KS Dist. Ct. No. 70227
Amy M. Fowler              KS Bar No. 20152
Traci Daffer Martin         KS Bar No. 24284
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000 Telephone
(816) 983-8080 Facsimile
john.phillips@huschblackwell.com
amy.fowler@huschblackwell.com
traci.martin@huschblackwell.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 21st day of October, 2011, a copy of the above and foregoing was served via the Court's ECF Notification to:

AdoLisa Anarado
2300 Main Street, Ste 900
Kansas City MO 64108
Telephone: 816-434-8300
adolisa@anaradolaw.com

Dennis E. Egan
The Popham Law Firm, PC
712 Broadway, Ste. 100
Kansas City MO 64105
Telephone:  816-221-2288
degan@pophamlaw.com

**Attorneys for Plaintiff**

/s/ Amy M. Fowler
Attorney for Defendant