### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RANDALL LYKINS,                )<br>                                                )<br>            Plaintiff,            )<br>                                                )<br>    v.                                        )<br>                                                )<br>CERTAINTEED CORPORATION and )<br>SAINT-GOBAIN CORPORATION,   )<br>                                                )<br>            Defendants.         ) | Case No. 11-CV-2133-JTM/DJW |

### DEFENDANT CERTAINTEED'S SECOND SUPPLEMENTAL MOTION
### FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL DISCOVERY

Defendant CertainTeed Corporation ("CertainTeed") hereby moves this Court for an extension of time until November 28, 2011 to file its Motion to Compel Discovery in the above-captioned lawsuit. In support of said motion, the Defendant respectfully submits the following:

1.   On or about September 29, 2011, Plaintiff served his responses to Defendant CertainTeed's First Interrogatories and Defendant CertainTeed's First Request for Production of Documents.

2.   Pursuant to D. Kan, 37.1(b), any motion to compel discovery in compliance with D. Kan. 7.1 and 37.2 must be filed and served within 30 days of the default or service of the response, answer, or objection that is the subject of the motion. The 30-day deadline for CertainTeed to file its Motion to Compel Discovery was October 31, 2011.

3.   Prior to the 30-day deadline, CertainTeed sent Plaintiff a Golden Rule Letter regarding what it viewed as Plaintiff's deficient responses to Defendant CertainTeed's First Interrogatories and Defendant CertainTeed's First Request for Production of Documents.

4.	Plaintiff's counsel who has handled discovery matters in this case was in trial in South Carolina during the week of October 31, 2011, and was unavailable to meet and discuss the Golden Rule Letter until sometime during the week of November 7, 2011.

5.	Both Defendant and Plaintiff met and conferred on another pending discovery issue on November 8, 2011 but were unable to meet and confer on the issues raised in Defendant's Golden Rule Letter until 4:00 p.m. on November 10, 2011.

6.	Defendant and Plaintiff were able to resolve a number of the disputes during the meet and confer conference on November 10, 2011, but several issues remain pending and require further discussion between the parties in the hopes of avoiding Court intervention.

7.	On November 11, 2011, Defendant filed a Supplemental Motion for Extension of Time to File Motion to Compel Discovery until November 18, 2011. Plaintiff filed his response to Defendant's Supplemental Motion for Extension of Time to File Motion to Compel Discovery on November 14, 2011.

8.	On November 16, 2011, Defendant sent an email memorandum to Plaintiff's counsel regarding the "Meet and Confer" conference and requested final answers to the few remaining issues pending so that CertainTeed would be able to file its motion to compel, if necessary, by today, November 18, 2011.

9.	On November 17, 2011 at 1:42 p.m., Plaintiff's counsel responded to Defendant and indicated that she had not had a chance to review everything that was listed in the Recap of "Meet and Confer" email memorandum, she was unavailable for the remainder of the week, and she would not be available to address the issues until November 21, 2011. See E-mail Exchange, attached as Exhibit A.

10. Given Plaintiff's counsel's unavailability to discuss the few final issues that remain pending until the week of November 21, 2011, (a shortened business week with the upcoming Thanksgiving holiday) CertainTeed respectfully requests an extension until November 28, 2011 in which to file its motion to compel so that it may finalize these issues with Plaintiff to avoid unnecessary Court intervention.

11. Plaintiff has previously indicated his plan to oppose any extension on CertainTeed's request to file a motion to compel.

12. Other than the October 31, 2011 and the November 11, 2011, request for extension on this same issue, CertainTeed has not previously requested an extension and its request is timely and not made for the purpose of delay.

WHEREFORE, the Defendant respectfully requests that the Court enter an Order granting Defendant until November 28, 2011 to file its Motion to Compel Discovery on Plaintiff's first written discovery responses, and for such other relief as the Court deems just and equitable.

Respectfully Submitted,

/s/ Amy M. Fowler
John R. Phillips          KS Dist. Ct. No. 70227
Amy M. Fowler             KS Bar No. 20152
Traci Daffer Martin       KS Bar No. 24284
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000 Telephone
(816) 983-8080 Facsimile
john.phillips@huschblackwell.com
amy.fowler@huschblackwell.com
traci.martin@huschblackwell.com
**Attorneys for Defendant**

4

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies on the 18th day of November, 2011, a copy of the above and foregoing was served via the Court's ECF notification upon:

AdoLisa J. Anarado
Anarado Law Firm, LLC
2300 Main Street, Suite 900
Kansas City, Missouri 64108
(816) 434-8300 Telephone
adolisa@anaradolaw.com

Dennis Egan
The Popham Law Firm
712 Broadway, Suite 100
Kansas City, MO 64105
degan@pophamlaw.com

**Attorneys for Plaintiff**

                /s/ Amy M. Fowler
                **Attorney for Defendant**