**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| RANDALL LYKINS, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>CERTAINTEED CORPORATION and )<br>SAINT-GOBAIN CORPORATION )<br>)<br>  Defendants. ) | Case No. 11-CV-2133-JTM/DJW<br><br>Filed via ECF |

**NOTICE FOR 30(b)(6) DEPOSITION OF**
**SAINT-GOBAIN CORPORATION AND REQUEST FOR PRODUCTION OF DOCUMENTS**

TO:   John R. Phillips
      Amy M. Fowler
      Traci Daffer Martin
      HUSCH BLACKWELL, LLP
      4801 Main Street, Suite 1000
      Kansas City, Missouri 64112

**PLEASE TAKE NOTICE** that Plaintiff Randall Lykins by and through his undersigned attorneys, will take the oral deposition of Defendant Saint-Gobain Corporation ("Saint-Gobain"), pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, **on April 5, 2012 at 9 a.m.**, before a Court Reporter or other officer authorized by law to administer oaths, and thereafter, from day to day as the taking of the deposition may be adjourned, at the offices of Popham Law Firm, PC, 712 Broadway, Suite 100, Kansas City, Missouri 64105.

The deposition shall relate to the subjects described in Exhibit A attached hereto. CertainTeed shall designate one or more officers, directors, managing agents or other persons

1

who consent to testify on its behalf regarding the subjects described in Exhibit A. For each person designated, CertainTeed shall set out the matters upon which the deponent will testify.

**ALSO PLEASE TAKE NOTICE** that attached hereto as Exhibit B is a Request for Production of Documents and Things, pursuant to Rules 30(b)(2) and 34(b) of the Federal Rules of Civil Procedure. CertainTeed shall produce the documents requested either on the date of the deposition or to undersigned counsel thirty (30) days from the date of service of this notice, whichever date is sooner.

Dated: March 13, 2012                  /s/ *AdoLisa J. Anarado*
                                                             AdoLisa J. Anarado, KS# 78166
                                                          **ANARADO LAW FIRM, LLC**
                                                          2300 Main Street, Suite 900
                                                          Kansas City, Missouri 64108
                                                          Telephone: 816.434.8300
                                                          Email: *adolisa@anaradolaw.com*

                                                          **And**

                                                          Dennis E. Egan, KS# 70672
                                                          **POPHAM LAW FIRM, P.C.**
                                                          712 Broadway, Suite 100
                                                          Kansas City, Missouri 64105
                                                          Telephone: 816.221.2288
                                                          Telecopier: 816.221.3999
                                                          Email: degan@pophamlaw.com

                                                          **ATTORNEYS FOR PLAINTIFF**

# EXHIBIT A

**DEFINITIONS**

1. "Saint-Gobain," "you" or "your" refers to the responding party Saint-Gobain Corporation and any of its predecessors and successors in interest, parents, segments, divisions, or business lines and any of its present or former officers, directors, agents, employees, investigators, and any persons acting or purporting to act on its behalf.

2. "CertainTeed" refers to CertainTeed Corporation.

3. KCK Plant" refers to the fiberglass manufacturing plant owned and operated by CertainTeed Corporation located in Kansas City, Kansas.

**TOPICS FOR EXAMINATION**

Plaintiff requests that Saint-Gobain designate a representative or representatives to testify regarding any information, knowledge, documents, correspondence, materials, witnesses, conversations or interactions relevant to the following topics. Notwithstanding the specificity with which the topics are described below, Plaintiff reserves the right to seek further discovery from Defendant as permitted by the Federal Rules of Civil Procedure:

1. Historical overview and general background of Saint-Gobain.

2. Your corporate structure (2008-present)
    (a) Corporate governance structure and hierarchy, including names of corporate officers, duties of officers, names of members of the board of directors and duties of board of directors, ect.
    (b) Overlap of your corporate governance structure with CertainTeed
    (c) Decision-making relationship between You and CertainTeed.
    (d) Financial relationship between You and CertainTeed, including the handling of CertainTeed's profits and debts, project funding, ect.

3. Your operational structure (2008-present)
    (a) Location of your corporate headquarters.
    (b) Identity of departments and/or divisions located at corporate headquarters.
    (c) Roles of departments and/or divisions located at corporate headquarters.
    (d) Identity and hierarchy of departments and/or divisions within company.
    (e) Your involvement with KCK Plant and K21 line.
    (f) Policy and/or procedure for setting production requirements and budget for KCK Plant and K21 line.
    (g) Your company-wide computer system including electronic filing system, email system, location of servers, relation of your computer system to Saint-Gobain's system.

4. Saint-Gobain's financial status (2007- present)
   (a) Publicly traded
   (b) Net worth

5. Your relationship with CertainTeed (2007-present)
   (a) Saint-Gobain insignia at KCK Plant
   (b) Shared Financial – accounting records, tax filings, bank accounts, lines of credit.
   (c) Shared Operations – telephone system, telephone number, switchboard, computer system, corporate headquarters, personnel, marketing, email or computer system.
   (d) Shared Labor Relations – payroll, human resources policies, employee benefits, employee
   (e) Decisions made by Saint-Gobain effecting CertainTeed, including CertainTeed manufacturing plant closures, product line, budget, operations ect.

6. Employee Payroll
   (a) Information regarding bank account Plaintiff's payroll was paid from, including bank name and all entities named on account.

# EXHIBIT B
## REQUESTS FOR PRODUCTION

1. All non-attorney prepared documents that were used or relied upon to prepare for this deposition and which have not already been produced in this litigation.

2. Documents not already produced in this litigation which demonstrate or establish the topics listed in Exhibit A.

## Certificate of Service

The undersigned hereby certifies that on March 13, 2012, I electronically filed the foregoing Notice of Deposition with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John R. Phillips
Amy M. Fowler
Traci Daffer Martin
HUSCH BLACKWELL, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
816-983-8000 (office)
816-983-8080 (facsimile)
E-mail: john.phillips@huschblackwell.com
E-mail: amy.fowler@huschblackwell.com
E-mail: traci.martin@huschblackwell.com

**ATTORNEYS FOR DEFENDANT S**
**CERTAINEED CORPORATION and**
**SAINT-GOBAIN CORPORATION**


    /s/ AdoLisa Anarado
    Attorney for Plaintiff